# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| LEONARD DICKS, individually, and on behalf of others similarly situated, | |
| Plaintiff, | |
| v. | 1:18-CV-04828-ELR |
| DEPLOYED DATA SOLUTIONS, LLC, and MICHAEL FINNEGAN, | |
| Defendants. | |

## ORDER

The Court **DIRECTS** the parties to each file a Certificate of Interested Persons and Corporate Disclosure Statement in accordance with Local Rule 3.3 within seven (7) days from the date of entry of this order. If the parties fail to file the Certificate of Interested Persons and Corporate Disclosure Statement within above-referenced deadline, the Court **DIRECTS** the Clerk to submit this action to the undersigned.

**SO ORDERED**, this 2nd day of July, 2019.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia