December 13, 2019

*Filed via ECF*

Hon. Eleanor L. Ross
United States District Judge
Northern District of Georgia
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

        *Re:*   *Dicks, et al. v. Deployed Data Solutions, LLC, et al.*
              Civil Case No.: 1:18-cv-04828-ELR
              **Status Report Regarding Settlement**

Dear Judge Ross:

      The parties jointly write to notify the Court that after participating a full-day in-person mediation session on December 6, 2019 in Atlanta, Georgia, before experienced mediator K.P. Reddy, the parties have reached an agreement in principle for a settlement that would resolve the claims of all individuals that have joined this case, pending the Court's approval.

      The parties respectfully request that the Court provide the parties thirty (30) days to finalize settlement paperwork and the motion for approval.

      If the Court has any questions or concerns, we are available at the Court's convenience.

                             Respectfully submitted,

| | |
|---|---|
| */s/Jason T. Brown* | */s/ Jason B. Godwin* |
| Jason T. Brown | Jason B. Godwin |
| Ching-Yuan "Tony'" Teng | GA State Bar No.: 142226 |
| **BROWN, LLC** | **GODWIN LAW GROUP** |
| 111 Town Square Place, Suite 400 | 3985 Steve Reynolds Boulevard |
| Jersey City, NJ 07310 | Building D |
| T: (877) 561-0000 | Norcross, Georgia 30093 |

F: (855) 582-5297
jtb@jtblawgroup.com
tonyteng@jtblawgroup.com

Roger Orlando (GA Bar ID # 554295)
**THE ORLANDO FIRM, P.C.**
315 W. Ponce de Leon Avenue
Suite 400
Decatur, GA 30030
T: (404) 373-1800
F: (404) 373-6999
roger@orlandofirm.com

*Attorneys for Plaintiffs and Collective*

(770) 448-9925
(770) 448-9958 – Fax
jgodwin@godwinlawgroup.com

*Attorneys for Defendant Deployed Data Solutions, LLC*

*/s/ John S. Husser*
John S. Husser
Georgia State Bar No.: 380190
**HUSSER & HUSSER, P.C.**
P.O. Box 1897
401 Broad Street, Suite 300
Rome, Georgia 30162-1897
(706) 802-0251
(706) 802-0252 – Facsimile
jhusser@bellsouth.net

*Attorneys for Defendant Michael Finnegan*

2