# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **LEONARD DICKS**, **GARY CUSTIS**, **ISREL MERANDA** and **LEONARD BONHOMME-DICKS,** individually and on behalf of others similarly situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>**DEPLOYED DATA SOLUTIONS, LLC** and **MICHAEL FINNEGAN,**<br><br>                Defendants. | Case No.: 1:18-cv-04828-ELR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in the above-captioned action through their undersigned counsel that, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), the above entitled action be, and the same hereby is, dismissed with prejudice as to all parties.

*/s/Jason T. Brown*
Jason T. Brown
**BROWN, LLC**
111 Town Square Place, Suite 400
Jersey City, NJ 07310
T: (877) 561-0000
F: (855) 582-5297
jtb@jtblawgroup.com

Roger Orlando (GA Bar ID # 554295)
**THE ORLANDO FIRM, P.C.**
315 W. Ponce de Leon Avenue

*/s/ John S. Husser*
John S. Husser
Georgia State Bar No.: 380190
**HUSSER & HUSSER, P.C.**
P.O. Box 1897
401 Broad Street, Suite 300
Rome, Georgia 30162-1897
(706) 802-0251
(706) 802-0252 – Facsimile
jhusser@bellsouth.net

*Attorneys for Defendant Michael*

1

Suite 400
Decatur, GA 30030
T: (404) 373-1800
F: (404) 373-6999
roger@orlandofirm.com

*Attorneys for Plaintiffs*

*Finnegan*

*/s/ Jason B. Godwin*
Jason B. Godwin
GA State Bar No.: 142226
**GODWIN LAW GROUP**
3985 Steve Reynolds Boulevard
Building D
Norcross, Georgia 30093
(770) 448-9925
(770) 448-9958 – Fax
jgodwin@godwinlawgroup.com

*Attorneys for Defendant Deployed Data Solutions, LLC*